UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

------------------------------
In Re:

Michael L. Taylor aka Michael Lee Taylor
and Kimberly M. Taylor aka Kimberly
Margaret Taylor

<u>ORDER</u>

Debtors.

Chapter 7, Case No. 11-31040
------------------------------

This case came before the court on the motion of U.S. Bank, National Association, pursuant to 11 U.S.C. section 362 on June 15, 2011, at the U.S. Bankruptcy Court, St. Paul, Minnesota.

IT IS ORDERED:

The automatic stay imposed by 11 U.S.C. 362 is terminated as to the real property over which the movant, its successors and assigns, have an interest under mortgage document no. 528753, said property legally described as follows:

The land referred to in this policy is situated in the State of MN, County of WINONA, City of WINONA and described as follows:

That part of the West Half of Lots Seven (7), and Ten (10), Block Three (3), Plot of Homer Winona County, Minnesota, described as follows: Commencing at the Northwest corner of said Lot 7; thence Southerly along the West line of said Lot 7, a distance of 77.43 feet, more or less to the intersection with a line 143.00 feet Northerly of, as measured at right angles to, and parallel with the South line of said Lot 10, and the point of beginning of the land to be described; thence continue Southerly along the West line of said Lots 7 and 10, a distance of 143.01 feet to the Southwest corner of said Lot 10, thence Easterly, deflecting to the left 90 deg 31' 07", and along said South line of Lot 10, a distance of 183.06 feet to a point on the centerline of Winona County State Aid Highway Number 15; thence Northeasterly, deflecting to the left 86 deg 19' 15" and along said centerline, a distance of 128.79 feet; thence Northeasterly, a distance of 14.52 feet along said centerline and along a tangential curve concave to the Southeast having a radius of 3,820.00 feet and a central angle of 0 deg 13' 04" to the intersection of said line 143.00 feet Northerly of, as measured at right angles to, and parallel with the South line of said Lot 10; thence Westerly, along said last intersected parallel line, a distance of 190.99 feet, more or less, to the point of beginning.
Excluding a strip of land extending over and across the following described tract:

That part of the West Half of Lots Seven (7), and Ten (10), Block three (3), Plot of Homer Winona County, Minnesota, described as follows: Commencing at the Northwest corner of said Lot 7; thence Southerly along the West line of said Lot 7; a distance of 77.43 feet, more or less, to the intersection with a line 143.00 feet Northerly of, as measured at right angles to, and parallel with the South line of said Lot 10, and the point of beginning of the land to be described; thence continue Southerly along at the West line of said Lots 7 and 10, a distance of 143.01 feet to the Southwest corner of said Lot 10, thence Easterly, deflecting to the left 90 deg 31' 07", and along said South line of Lot 10, a distance of 183.06 feet to a point on the centerline of Winona County, State Aid Highway No. 15; thence Northeasterly, deflecting to the left 86 deg 19' 15" and along said centerline, a distance of 128.79 feet; thence Northeasterly; a distance of 14.52 feet along said centerline and along a tangential curve concave to the Southeast having a radius of 3,820.00 feet and a central angle of 0 deg 13' 04" to the intersection of said line 143.00 feet Northerly of, as measured at right angles to, and parallel with the South line of said Lot 10; thence Westerly, along said last intersected parallel line a distance of 190.99 feet, more or less, to the point of beginning, as shown as Parcel No. 32 on the Plat designated as Winona County Highway right-of-way plat No. 1015 in file and of record in the Office of the County Recorder in and for Winona County, Minnesota, containing 0.31 acres more or less of which 0.11 acres is encumbered by existing roadway.

The movant, its successors and assigns, may foreclose the mortgage in accordance with Minnesota Statutes. Notwithstanding Federal Rules of Bankruptcy Procedure 4001(a)(3), this order is effective immediately.

Dated: 6/16/11

/e/ Dennis D. O'Brien

Dennis D. O'Brien
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *06/16/2011*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk